J. Robert Smith, Esq. NV Bar No. 10992
jrsmith@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
Telephone: (775) 327-3000
Facsimile : (775) 786-6179
*Attorneys for Defendant Ruby Pipeline, LLC*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALICE M. GLADWILL, an individual, | CASE NO.: 3:11-cv-00251-RCJ-WGC |
| Plaintiff, | |
| v. | JUDGMENT AND DECLARATION |
| RUBY PIPELINE, LLC, a Delaware Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, | |
| Defendants. | |

THIS MATTER having been tried without a jury on September 18-19, 2012 on Plaintiff Alice M. Gladwill's claims, and the Court having found in favor of the Defendant and against Plaintiff on all of Plaintiff's claims, and having issued and filed the Court's Findings of Fact and Conclusions of Law;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of the Defendant Ruby Pipeline, LLC and against Plaintiff Alice M. Gladwill.

**IT IS FURTHER ORDERED** that Plaintiff's request for an injunction is DENIED.

**IT IS FURTHER ORDERED** that Defendant has a continuing obligation to maintain and repair the Right-of-Way easement that traverses Plaintiff's property pursuant to standards

///

1

promulgated by the Federal Energy Regulatory Commission.

DATED: January 10, 2013.

_____
JUDGE ROBERT C. JONES
United States District Court Judge

SUBMITTED BY:

**HOLLAND & HART, LLP**

_____
J. Robert Smith, Esq.
Nevada Bar No. 10992
5441 Kietzke Lane, Second Floor
Reno, NV 89511
(775) 327-3000

*Attorneys for Defendant Ruby Pipeline, LLC*

**Approved as to Form:**

**STORY LAW GROUP**

_____
Robert Story, NV Bar No. 1268
245 E. Liberty Street, Suite 530
Reno, NV 89501
(775) 284-5510
*Attorneys for Plaintiff*

5874357_1.DOCX